UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO: 5:07CV-2-R

KELLY T. JENKINS, as Personal
Representative and Administrator of the
Estate of Robbie Lynn Jenkins                                                    PLAINTIFF

v.

LIVY LEAVELL, JR., et al.                                                        DEFENDANTS

**OPINION AND ORDER**

This matter is before the Court upon the Plaintiff's Motion for Leave to File a Third

Amended Complaint (Docket #16).  The Defendants have responded (Docket #19).  The Plaintiff

has not replied, and the time to do so has passed.  The Plaintiff seeks to amend his complaint by

adding two Counts: Count V: Conspiracy, and Count VI: Falsifying Business Records KRS

517.050.

**Count V: Conspiracy**

The Plaintiff claims that he now has the "sworn testimony" of Deputy Sheila Barfield, in

which she states that she was told by the Defendant Davy Burd that her incident report

chronicling her observations regarding the events surrounding the removal of Robbie Jenkins to

a holding cell would be deleted from the Christian County Jail's computer system.  Further, she

was told to draft a second incident report omitting any reference to negligent action or inaction

by the Jail or its employees.

The Plaintiff alleges that these events constituted a conspiracy in violation of 42 U.S.C. §

1985.  However, § 1985 requires that "*two or more persons* conspire for the purpose of

impeding, hindering, obstructing, or defeating, in any manner, the due course of justice..."  The

Plaintiff lodges Count V against all "Defendants."  The allegations of this Third Amended

Complaint are therefore sufficient to assert a claim of conspiracy.

The Defendants may be correct that the evidence will not support a claim that two or

more persons conspired in violation of § 1985.  However, that is a premature contention at this

time.  For these reasons, the Plaintiff's Motion for Leave to File a Third Amended Complaint to

assert a claim of conspiracy under 42 U.S.C. § 1985 is **GRANTED**.

**Count VI: Falsifying Business Records KRS 517.050**

As the Defendants correctly point out in their response, KRS 517.050 is a criminal statute

which makes the falsification of business records a Class A misdemeanor in Kentucky.  The

Plaintiff has no authority to charge the Defendants with a violation of the Kentucky Penal Code;

that is a matter reserved for the state.  Therefore, the Plaintiff's proposed Count VI fails because

the Plaintiff cannot charge the Defendants with a violation of a criminal statute in this civil

action.  The Plaintiff's request to add Count VI to his complaint must be **DENIED**.

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Plaintiff's Motion for

Leave to File a Third Amended Complaint is **GRANTED in part** and **DENIED in part**.  The

Plaintiff is granted leave to file a Third Amended Complaint containing Count V.